1    MANATT, PHELPS & PHILLIPS, LLP
     JILL M. PIETRINI (Bar No. CA 138335)
2      e-mail:  jpietrini@manatt.com
     BARRY E. MALLEN (Bar No. CA 120005)
3      e-mail: bmallen@manatt.com
     PAUL A. BOST (Bar No. CA  261531)
4      e-mail:  pbost@manatt.com
     11355 West Olympic Boulevard
5      Los Angeles, CA  90064-1614
     Telephone:  (310) 312-4000
6      Facsimile:  (310) 312-4224

7    JOLLEY, URGA, WIRTH, WOODBURY & STANDISH
     WILLIAM R. URGA (Bar No. NV 1195)
8      email: wru@juww.com
     L. CHRISTOPHER ROSE (Bar No. NV 7500)
9      email: lcr@juww.com
     3800 Howard Hughes Pkwy.
10    Wells Fargo Tower, 16th Floor
     Las Vegas, NV 89169
11    Telephone:  (702) 699-7500
     Facsimile:  (702) 699-7555

12

*Counsel for Plaintiffs and Counter-Defendants*
13    FIFTY-SIX HOPE ROAD MUSIC LIMITED

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18   Fifty-Six Hope Road Music, Ltd., a Bahamian corporation; and Zion Rootswear, LLC, a Florida limited liability company, | Case No. CV 09-05955-RGK (DTBx) |
| | Case No. 2:08-cv-00105-PMP-GWF (Pending D. Nev.) |
|          Plaintiffs, | **[~~PROPOSED~~] ORDER TO SHOW CAUSE** |
|      vs. | |
| A.V.E.L.A., Inc., a Nevada corporation; X ONE X Movie Archive, Inc., a Nevada corporation; Jem Sportswear, a California corporation; Central Mills, Inc. (Freeze), a New York corporation; and Leo Valencia, an individual, | |
|        Defendants. | |
| AND RELATED COUNTERCLAIM. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Based on the ex parte application of plaintiffs and counter-defendants Fifty-Six Hope Road Music, Ltd. and Zion Rootswear, LLC ("Plaintiffs") presented to the Court and the supporting material presented with that application, it appears to the Court that Kathy Landers may have willfully disobeyed an order of this Court by virtue of her failure to comply with a subpoena served on her on July 28, 2009.  Therefore,

IT IS ORDERED that:

1.      Kathy Landers shall appear for her deposition at a place selected by Plaintiffs within the geographical limits of FRCP 45 by September 10, 2009, and shall produce to Plaintiffs all documents requested by the subpoena by September 4, 2009. Ms. Landers and Plaintiffs shall communicate with each other to select a date that is available for both parties.

2.      Kathy Landers must appear before this Court on September 14, 2009 at 9:00 a.m. and then and there show cause, if there is any, why she should not be held in contempt of this Court for failure to comply with the subpoena described above.

3.      Plaintiffs are ordered to serve this Order, the application for the order to show cause, and all materials submitted to the Court in connection with the application on Kathy Landers.  Service will be by personal delivery, in a manner that complies with FRCP 4.1 of the Federal Rules of Civil Procedure, no later than 4:00 p.m. on August 26, 2009.

4.      In addition to service on Kathy Landers, Plaintiffs are ordered to serve a copy of this Order, the application for the order to show cause, and all material submitted to the Court in connection with the application on all other parties to this action.  Service on the other parties to the action will comply with the requirements of FRCP 5(b) and will take place forthwith.

5.      Plaintiffs are ordered to file a proof of compliance with the service provisions of this Order with the Court no later than 12:00 noon on August 31, 2009.

Dated:  _August 20, 2009

_____
UNITED STATES DISTRICT JUDGE